# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| CHRISTOPHER CROMARTIE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17CV980 |
| | ) | |
| NORTH CAROLINA DEPARTMENT, | ) | |
| OF PUBLIC SAFETY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On February 1, 2019, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. On February 19, 2019, Plaintiff filed a document entitled "Motion for Plaintiff Notice of Appeal", (ECF No. 78), which the Court construes as objections to the Recommendation. The Court has reviewed Plaintiff's objections *de novo* and finds that they do not change the substance of the United States Magistrate Judge's Recommendation, (ECF No. 76), which is affirmed and adopted.

IT IS THEREFORE ORDERED that Defendant Locklear-Jones's Motion to Dismiss for Failure to State a Claim, (ECF No. 32), is GRANTED as to any claims raised by Plaintiff in this action against Defendant Locklear-Jones, and that the claims against Defendant Locklear-Jones are DISMISSED without prejudice to Plaintiff filing a separate complaint setting out the factual basis for his claims, if any, after he has exhausted his administrative remedies.

IT IS FURTHER ORDERED that Plaintiff's "Motion for Restraining Order Indefinitely", (ECF No. 43), "Motion to Restore in Full Motion of Restraint/Motion for Immediate Injunctive Relief Expediously (sic)", (ECF No. 70), and "Motion for an Affirmative Notice", (ECF No. 73), are DENIED at this time.

This, the 11th day of March 2019.

/s/ Loretta C. Biggs
United States District Judge