IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER CROMARTIE, JR.,            )
                                       )
      Plaintiff,                   )
                                       )
      v.                           )     1:17CV980
                                       )
NORTH CAROLINA DEPARTMENT,             )
OF PUBLIC SAFETY, et al.,              )
                                       )
      Defendants.                  )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and on August 21, 2020, was served on the parties in this action. (ECF Nos. 121, 122.) No objections were filed within the time prescribed by § 636.

The Court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant North Carolina Department of Public Safety's Motion to Dismiss, (ECF No. 108), is GRANTED.

IT IS FURTHER ORDERED that Defendants Jonathan Floyd and Eric A. Hooks are DISMISSED FROM THE CASE based on Plaintiff's failure to state a claim against them upon which relief may be granted.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment, (ECF No. 105), is GRANTED IN ITS ENTIRETY as to Defendants William Bullard, Ronald Covington, Jerry Ingram, Jr., Dean Locklear, Pauletta Pierce, Katy Poole, Shanice Smith, and

Lt. Windley, and that it is GRANTED as to Defendants Travis Bridges and Michael Johnston as to all claims **except** as to Plaintiff's claim that they violated his rights through the use of excessive force on November 23, 2016, and that the Motion for Summary Judgment is DENIED as to Plaintiff's excessive force claims against Defendants Travis Bridges and Michael Johnston in their individual capacities in light of the genuine issues of material fact.

IT IS FURTHER ORDERED that this case is STAYED in light of the current limits on jury trials resulting from the COVID-19 pandemic, and the Parties shall file status reports after 180 days with respect to whether the case would be ready to set for trial.

This, the 14th day of September 2020.

/s/ Loretta C. Biggs
United States District Judge