IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHRISTOPHER CROMARTIE, JR.,           )
                                      )
                    Plaintiff,        )
                                      )
        v.                            )   1:17CV980
                                      )
NORTH CAROLINA DEPARTMENT,            )
OF PUBLIC SAFETY, *et al.,*           )
                                      )
                    Defendant(s).     )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with this court in accordance with 28 U.S.C. § 636(b) and on April 19, 2024, was served on the parties in this action. (ECF Nos. 151, 152.) On May 6, 2024, Plaintiff filed objections to the Recommendation, (ECF No. 155).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (ECF No. 151), is **ADOPTED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Enforce, (ECF No. 143), is **DENIED** in its entirety, and that Plaintiff's Motion for Writ, (ECF No. 150), likewise is **DENIED**.

This dismissal is without prejudice to Plaintiff filing a new Section 1983 Complaint on the proper forms in the proper district alleging new constitutional violations apart from the settlement agreement or filing a breach of contract claim in state court or filing a Rule 60(b) Motion that would not involve enforcement of the settlement agreement or summary judgment.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 3ᴿᴰ day of June 2024.

/s/ Loretta C. Biggs
United States District Judge

2

Case 1:17-cv-00980-LCB-JEP   Document 156   Filed 06/03/24   Page 2 of 2